UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES E. MONATH,

    Plaintiff,

v.                                   CASE NO: 8:07-cv-605-T-26EAJ

NETWORK FREIGHT, INC., and
SOMMER J. BYNUM,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) Plaintiff's Motion to Reopen Case (Dkt. 8) is granted. The Clerk is directed to reopen the case as to Defendant Network Freight, Inc.

2) Plaintiff's Motion for Clerk's Default (Dkt. 7) is granted. The Clerk is directed to enter a clerk's default against Defendant Network Freight, Inc.

3) Plaintiff shall apply for a default final judgment against Defendant Network Freight, Inc., on or before August 20, 2007, failing which the case will once again be dismissed as to that Defendant without prejudice and without further notice and without the option of the case being reopened.

**DONE AND ORDERED** at Tampa, Florida, on August 10, 2007.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record